UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>-against-<br><br>JOAQUIN CASTILLO,<br><br>      Defendant. | No. 17-CR-123 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court has received a request from Probation to modify the conditions of Mr. Castillo's supervised release. The parties shall appear for a hearing on January 31, 2023, at 1:00 PM in Courtroom 12A.

**SO ORDERED.**

Dated:  January 11, 2023
      New York, New York

      */s/ Loretta A. Preska*
      LORETTA A. PRESKA
      Senior United States District Judge

1