```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :      ORDER
                                    :
     -v.-                           :      17 Cr. 123 (LAP)
                                    :
JOAQUIN CASTILLO,                   :
                                    :
               Defendant.           :
                                    :
- - - - - - - - - - - - - - - - - - x
```

WHEREAS, in November and December 2022, defendant JOAQUIN CASTILLO tested positive for the use of an opiate, namely oxycodone/oxymorphone, and thereafter declined enrollment in an inpatient drug treatment program; and

WHEREAS, following a January 31, 2023 appearance before the Court, CASTILLO, through his counsel, Kenneth Womble, Esq., consented to the modification of the terms of his supervised as set forth below,

IT IS HEREBY ORDERED that CASTILLO's special conditions of supervised release shall be amended to add the following provision:

> Should you continue to test positive for illicit substances other than marijuana, you will participate in an inpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation

report,    to    the    substance    use    disorder
treatment provider.


SO ORDERED.

Dated:      New York, New York
            February 3, 2023

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE