UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JOAQUIN CASTILLO,<br><br>Defendant. | 17-CR-123 (LAP)<br><br>**VOSR CONFERENCE ORDER** |

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a conference on July 28, 2026, at 10:30 AM, at 500 Pearl Street, Courtroom 12A, New York, New York 10007. **SO ORDERED.**

Dated: July 24, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge