**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

UNITED STATES OF AMERICA

-against-

JOAQUIN CASTILLO

---------------------------------------x

**ORDER**

17CR123-35 (LAP)
Docket #

Loretta A. Preska, **DISTRICT JUDGE**:
Judge's Name

The C.J.A. attorney assigned to receive cases on this day, Kenneth Womble is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC 7/8/2026.

**SO ORDERED.**

Loretta A. Preska

**UNITED STATES DISTRICT JUDGE**

**Dated: New York, New York**
7/30/26